IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| MAE EDWARDNA WESSON | § | |
| | § | 05-43189-H5-7 |
| | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| DEBTOR(S) | § | |

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED, that Randy W. Williams, Trustee is authorized to pay the funds in the amount of $1,454.42, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

Dated: _____

_____
Deputy Clerk

502306 000009 HOUSTON 727440.1